```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: | |
| | CASE NO. 11-06929 ESL |
| WALTER LUIS AGOSTO ALGARIN | Chapter 13 |
| | |
| XXX-XX-3814 | |
| | FILED & ENTERED ON 08/19/2011 |
| Debtor(s) | |

## NOTICE OF HEARING FOR CONTINUATION
## OF THE AUTOMATIC STAY

On 08/18/2011, debtor filed a motion for continuation of the automatic stay as to all creditors (docket entry #7). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 09/13/2011 at 09:00 A.M. at US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR.  If no objection is filed within fourteen (14) days, the hearing may be vacated.

San Juan, Puerto Rico, this 19 day of August, 2011.


                              CELESTINO MATTA-MENDEZ
                                Clerk of the Court



                         BY:    SHANDA RODRIGUEZ
                                  Deputy Clerk




CC: All Creditors