IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WALTER LUIS AGOSTO ALGARIN

XXX-XX-3814

Debtor(s)

CASE NO. 11-06929 ESL

Chapter 13

FILED & ENTERED ON 09/12/2011

## ORDER GRANTING WITHDRAWAL OF MOTION

Debtor's motion withdrawing (docket entry #14):

    [ ] the motion to dismiss

    [ ] the objection to confirmation

    [ ] the objection to claim #    filed by

    [x] the motion for continuance of the automatic stay (docket #7)

    [ ] the legal representation of

is hereby granted. The hearing scheduled for 09/13/2011 is hereby vacated and set aside.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 12 day of September, 2011.

*Enrique S. Lamoutte Inclan*
U. S. Bankruptcy Judge

CC: DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    BANCO SANTANDER PUERTO RICO