STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**WALTER LUIS AGOSTO ALGARIN**  Case No. 11-06929-ESL

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OFFICE

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute   M. Vega

Date & Time:  9/21/2011 12:50:00PM

[ ] R   [X] NR   LV: tbd

[X] This is debtor(s) 2 Bankruptcy filing.

Creditors:

BSPR- Luis M. Suarez Lozada, Esq.

### II. Oath Administered

[ ] Yes   [X] No

### III. Plan

Date: 08/17/2011   Base: $99,600.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:  11/2/2011 9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $1,470.00  =  $1,530.00

### IV. Status of Meeting

[ ] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:  11/3/2011 1:00:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**WALTER LUIS AGOSTO ALGARIN**          Case No.    11-06929-ESL

Chapter 13     Attorney Name:    R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

Debtor has requested continuance of this meeting of creditors because he needs to redo his budget due to additional employment as pastor with "Iglesia Cristiana Catedral de la Fe". He expects to earn $2,000 as professional services.

Plan will also be amended to change payment schedule. Currently plan is insufficiently funded to pay 100% plus 6% interest to unsecured creditors.

Note: Atty Suarez Lozada indicated that the bank has yet to receive the September post-petition payment.

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WALTER LUIS AGOSTO ALGARIN							Case No.   11-06929-ESL

											Chapter 13			Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

**s/Miriam Salwen**												Date:   09/21/2011

**Trustee/Presiding Officer**											(Rev. 02/11)