STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**WALTER LUIS AGOSTO ALGARIN**  Case No.  11-06929-ESL

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | Date & Time: 11/3/2011 1:12:00PM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R   [ ] NR   LV: 0.00 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 2 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [X] Substitute M. Vega | | | **Banco Santander de PR- Luis M. Suarez Lozada, Esq.** |
| II. Oath Administered | | | |
| [X] Yes | [ ] No | | |

**III. Plan**

Date:   08/17/2011      Base:   $99,600.00    Payments 3 made out of 2 due.

Confirmation Hearing Date:   12/14/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $1,470.00   =   $1,530.00

**IV. Status of Meeting**

[X] Closed      [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

In re:

**WALTER LUIS AGOSTO ALGARIN**  Case No.  11-06929-ESL

Chapter 13  Attorney Name:  R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [X] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  |   [ ] State - years |
| [ ] Fails liquidation value test |  |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  |   [ ] Monthly reports for the months |
| [ ] Appraisal |  |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
|  |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Considering 2 attachments by PR Treasury against debtor's residence, plan is not providing for said secured debts.

2) Amend Schedule D to include PR Treasury Dpt.

3) Amend Schedule "C" to adjust homestead exemption (Sec. 522(d)(1) ) to equity over the property which is $3,985.

s/Miriam Salwen  Date:  11/03/2011

**Trustee/Presiding Officer**  (Rev. 02/11)